UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL ENERGY AND MANAGEMENT, :
LLC, a limited liability com-
pany of Connecticut,          :

        Plaintiff,    :   07 CV 11049

    -vs-                       :
                                    DISCLOSURE STATEMENT
XETHANOL CORPORATION, CHRISTO-:  PURSUANT TO FED.R.CIV.P. 7.1
PHER D'ARNAUD-TAYLOR, JEFFERY
LANGBERG, LAWRENCE S. BELLONE,:
LOUIS B. BERNSTEIN, DAVID AMES,
THOMAS J. ENDRES, ROBIN BUL- :
LER, DAVID KREITZER and JOHN
MURPHY,                       :

        Defendants. :
                            x



RECEIVED DEC 06 2007 U.S.D.C. S.D.N.Y. CASHIERS

Global Energy and Management, LLC, a limited liability company of Connecticut, states as follows:

1. No member of plaintiff is a corporate entity.

2. The members of plaintiff are all individual natural persons.

Dated: December 5, 2007

                                    Robert A. Vort RAV1105
                                    Attorney for Plaintiff
                                    2 University Plaza
                                  Hackensack, New Jersey 07601
                                      201-342-9501
                                    201-342-9504 fax
                                    rvort@vortlaw.com