UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL ENERGY AND MANAGEMENT, :
LLC, a limited liability com-
pany of Connecticut,

         Plaintiff,            07 Civ. 11049 NRB

    -vs-           :

XETHANOL CORPORATION, CHRISTO-:
PHER D'ARNAUD-TAYLOR, JEFFERY
LANGBERG, LAWRENCE S. BELLONE, :
LOUIS B. BERNSTEIN, DAVID AMES,
THOMAS J. ENDRES, ROBIN BUL- :
LER, DAVID KREITZER and JOHN
MURPHY,               :

        Defendants. :
_____x



### PLAINTIFF'S MOTION FOR LEAVE TO
### FILE SECOND AMENDED COMPLAINT

    Global Energy and Management, LLC, a limited liability

company of Connecticut, hereby moves for leave to file a second

amended complaint. This application is based on the affidavit of

Robert A. Vort. Notice has not been given to defendants because

none of them has been served with a summons or either prior

complaint.

Dated: February 12, 2008

                              Robert A. Vort
                              Attorney for Plaintiff
                              2 University Plaza
                              Hackensack, New Jersey 07601
                                  201-342-9501
                                201-342-9504 fax
                                rvort@vortlaw.com

*Endorsement 1*

*Application granted.*

*Naomi Reice Buchwald, USDJ*

*March 19, 2008*