UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GLOBAL ENERGY AND MANAGEMENT, LLC,

      Plaintiff,

  -against-      :  No. 07-CV-11049 (NRB)

XETHANOL CORPORATION, CHRISTOPHER : **STIPULATION**
D'ARNAUD-TAYLOR, JEFFERY LANGBERG,   **AND ORDER**
LAWRENCE S. BELLONE, LOUIS B. BERNSTEIN, :
DAVID AMES, THOMAS J. ENDRES, ROBIN
BULLER, DAVID KREITZER and JOHN MURPHY, :

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time of Defendant Xethanol Corporation to answer, move or otherwise respond to the Second Amended Complaint has been extended from April 9, 2008 to and including April 23, 2008.

Dated: April 3, 2008
   New York, New York

PADUANO & WEINTRAUB LLP     ROBERT A. VORT, LLC

By _____     By _____
 Katherine B. Harrison (KH 9745)    Robert A. Vort (RV 1105)
1251 Avenue of the Americas, 9th Floor  2 University Plaza
New York, New York 10020      Hackensack, New Jersey 07601
(212) 785-9100         (201) 342-9501

Attorneys for Defendant       Attorney for Plaintiff
Xethanol Corporation        Global Energy and Management, LLC

SO ORDERED:

_____
United States District Judge
     4/4/07