UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLOBAL ENERGY AND MANAGEMENT, LLC,     :

                Plaintiff,     :

     -against-     :     No. 07-CV-11049 (NRB)

XETHANOL CORPORATION, CHRISTOPHER     :     **STIPULATION**
D'ARNAUD-TAYLOR, JEFFERY LANGBERG,           **AND ORDER**
LAWRENCE S. BELLONE, LOUIS B. BERNSTEIN,   :
DAVID AMES, THOMAS J. ENDRES, ROBIN
BULLER, DAVID KREITZER and JOHN MURPHY,    :

                Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the motion of Defendant Xethanol Corporation to dismiss the Third Amended Complaint will be briefed, filed and served on the following schedule:

    Defendant's Motion: on or before June 26, 2008;

    Plaintiff's Opposition: on or before July 17, 2008;

    Defendant's Reply: on or before July 31, 2008.

Dated:  May 22, 2008

PADUANO & WEINTRAUB LLP                    ROBERT A. VORT, LLC

By: _____                By: _____
    Katherine B. Harrison (KH 9745)           Robert A. Vort (RV 1105)
1251 Avenue of the America, 9th Floor      2 University Plaza
New York, New York 10020                   Hackensack, New Jersey 07601
(212) 785-9100                             (201) 342-9501

Attorneys for Defendant                    Attorney for Plaintiff
Xethanol Corporation                       Global Energy and Management, LLC

SO ORDERED:

_____
United States District Judge
5/23/08