Anthony Paduano (AP 8400)
Katherine B. Harrison (KH 9745)
Kathryn L. Bedke (KB 7855)
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
GLOBAL ENERGY AND MANAGEMENT, LLC,
                                                                    :
                            Plaintiff,         No. 07 CV 11049 (NRB)
                                                                    :
            -against-
                                                                    :
XETHANOL CORPORATION, CHRISTOPHER
D'ARNAULD-TAYLOR, JEFFERY LANGBERG,          :
LAWRENCE S. BELLONE,
LOUIS B. BERSTEIN, DAVID AMES, and            :
ROBIN BULLER,
                                                                    :
                            Defendants.
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

Daniel Altabef, being duly sworn, deposes and says:

1.      I am over the age of eighteen and not a party to the above-captioned matter. I am an employee of Paduano & Weintraub LLP, counsel for Defendant Xethanol Corporation in the above-referenced matter.

2.      On June 25, 2008, I personally served a true and correct copy of a Notice of Motion of Defendant Xethanol Corporation to Dismiss the Third Amended Complaint, an Affidavit of Katherine B. Harrison in Support of the Motion of Defendant Xethanol Corporation to Dismiss the Third Amended

Complaint, and a Memorandum of Law in Support of the Motion of Defendant Xethanol Corporation to Dismiss the Third Amended Complaint on Robert A. Vort, Esq., Robert A. Vort, LLC, 2 University Plaza, Suite 200, Hackensack, New Jersey 07601, attorney for Plaintiff Global Energy and Management, via Federal Express.

_____
Daniel Altabef

Sworn to me before this
25th day of June 2008

_____
Notary Public

JORDAN D. BECKER
Notary Public, State of New York
No. 60-5001832
Qualified in Westchester County
Commission Expires 9/14/10