Anthony Paduano (AP 8400)
Katherine B. Harrison (KH 9745)
Kathryn L. Bedke (KB 7855)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100
Attorneys for Defendant
Xethanol Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLOBAL ENERGY AND MANAGEMENT, LLC,         :

                  Plaintiff,         :

      -against-         : No. 07-CV-11049 (NRB)
                                         :
XETHANOL CORPORATION, CHRISTOPHER
D=ARNAUD-TAYLOR, JEFFERY LANGBERG,         :
LAWRENCE S. BELLONE, LOUIS B. BERNSTEIN,
DAVID AMES, and ROBIN BULLER,         :

                  Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTRY OF NEW YORK   )

DANIEL ALTABEF, being duly sworn, deposes and says:

1. I am over the age of eighteen and not a party to the above-referenced matter. I am an employee of Paduano & Weintraub LLP, counsel for Defendant Xethanol Corporation in the above-referenced matter.

2. On July 31, 2008, I personally served a true and correct copy of a Reply Memorandum of Law in Further Support of Defendant Xethanol Corporation to Dismiss the Third Amended Complaint on Robert A. Vort, Esq., Robert A. Vort, LLC, 2 University Plaza Suite

200, Hackensack, New Jersey 07601, attorney for Plaintiff Global Energy and Management, via facsimile and electronic mail.

*Daniel Altabef*
Daniel Altabef

Sworn to me before this
31st day of July 2008

_____
Notary Public

JORDAN D. BECKER
Notary Public, State of New York
No. 60-5001832
Qualified in Westchester County
Commission Expires 7/14/10