Anthony Paduano (AP 8400)
Katherine B. Harrison (KH 9745)
Kathryn L. Bedke (KB 7855)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100
Attorneys for the Defendant
Xethanol Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GLOBAL ENERGY AND MANAGEMENT, LLC,

                      Plaintiff,

     -against-                             No. 07-CV-11049 (NRB)

XETHANOL CORPORATION, CHRISTOPHER
D'ARNAUD-TAYLOR, JEFFERY LANGBERG,
LAWRENCE S. BELLONE, LOUIS B. BERNSTEIN,
DAVID AMES, and ROBIN BULLER,

                      Defendants.
------------------------------------------------------------x

## NOTICE OF MOTION FOR SANCTIONS PURSUANT TO RULE 11

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Affidavit of Katherine B. Harrison, sworn to on June 17, 2008 and Affidavit of Franz Skryanz, sworn to on June 12, 2008, all of which were served upon Plaintiff on June 25, 2008, and upon all the prior pleadings and proceedings heretofore had in this action, Defendant Xethanol Corporation, by its undersigned attorneys, will move this Court before The Honorable Naomi Reice Buchwald, United States District Court Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom

1

21A, New York, New York, for Sanctions Pursuant to Rule 11 against Plaintiff Global Energy and Management, LLC and its counsel.

New York, New York
July 31, 2008

         PADUANO & WEINTRAUB LLP

         By: _/s/ Katherine B. Harrison_
         Anthony Paduano (AP 8400)
         Katherine B. Harrison (KH 9745)
         Kathryn Bedke (KB 7855)

         1251 Avenue of the Americas
         Ninth Floor
         New York, New York 10020

         Attorneys for Defendant
         Xethanol Corporation