Anthony Paduano (AP 8400)
Katherine B. Harrison (KH 9745)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100
Attorneys for the Defendant
Xethanol Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLOBAL ENERGY AND MANAGEMENT, LLC,  :

                    Plaintiff,     :

    -against-                                                 :     No. 07-CV-11049 (NRB)

                                             :

XETHANOL CORPORATION, CHRISTOPHER
D'ARNAUD-TAYLOR, JEFFERY LANGBERG,       :
LAWRENCE S. BELLONE, LOUIS B. BERNSTEIN,
DAVID AMES, and ROBIN BULLER,            :

                  Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

**AFFIDAVIT OF FRANZ A. SKRYANZ IN SUPPORT
OF DEFENDANT XETHANOL CORPORATION'S
<u>MOTION FOR SANCTIONS PURSUANT TO RULE 11</u>**

        FRANZ A. SKRYANZ, being duly sworn, deposes and says:

        1.    I am Assistant Secretary of Defendant Xethanol Corporation ("Xethanol"). In that capacity, among other things, I maintain and update all accounting records, make all payments and fund transfers, prepare reports and schedules for quarterly and annual SEC filings and maintain all corporate documents

and agreements. I have been with Xethanol and its predecessor since 2000. I make this Affidavit based on my personal knowledge and review of Xethanol's records.

2. Plaintiff Global Energy and Management, LLC ("Global") claims that, on June 23, 2006, it invested $250,000.00 in New EnglandXethanol, LLC ("NewEngland"), a limited liability company Global and Xethanol had formed. To the best of my knowledge, Global did not invest $250,000.00 in NewEngland (or Xethanol) on June 23, 2006, or on any other date.

3. At Global's request, on June 26, 2006, I faxed Global a copy of the Certificate of Formation of NewEngland, so that Global could open a bank account for NewEngland. To the best of my knowledge, Global did not open a bank account for NewEngland.

4. I have searched Xethanol's records. To the best of my knowledge, Xethanol has no records showing that Global made a $250,000.00 investment or opened a bank account for NewEngland.

_____
Franz A. Skryanz

Sworn to before me this
27th day of June, 2008

_____
Notary Public

GIDEON E. MARK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MA6063514
Qualified in New York County
Commission Expires Sept. 4, 2009