Anthony Paduano (AP 8400)
Katherine B. Harrison (KH 9745)
Kathryn L. Bedke (KB 7855)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
GLOBAL ENERGY AND MANAGMENT, LLC,
:
              Plaintiff,                  No. 07 CV 11049 (NRB)
:
    -against-
:
XETHANOL CORPORATION, CHRISTOPHER
D'ARNAUD-TAYLOR, JEFFERY LANGBERG, :
LAWRENCE S. BELLONE,
LOUIS B. BERNSTEIN, DAVID AMES, and :
ROBIN BULLER,
:
              Defendants.
------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                               ) ss.:
COUNTY OF NEW YORK    )

       Daniel Altabef, being duly sworn, deposes and says:

       1.    I am over the age of eighteen and not a party to the above-captioned matter. I am an employee of Paduano & Weintraub LLP, counsel for Defendant Xethanol Corporation in the above-referenced matter.

       2.    On June 17, 2008, I personally served a true and correct copy of an Affidavit of Katherine B. Harrison in Support of Defendant Xethonal

Skryanz in Support of Defendant Xethonal Corporation's Motion for Sanctions Pursuant to Rule 11, and a Memorandum of Law in Support of Defendant Xethonal Corporation's Motion for Sanctions Against Plaintiff and its Attorney Pursuant to Rule 11 of the Federal Rules of Civil Procedure on Robert A. Vort, Esq., Robert A. Vort, LLC, 2 University Plaza, Suite 200, Hackensack, New Jersey 07601, attorney for Plaintiff Global Energy and Management, via Federal Express.

_____
Daniel Altabef

Sworn to me before this
18th day of June 2007

_____
Notary Public

JORDAN D. BECKER
Notary Public, State of New York
No. 60-5001832
Qualified in Westchester County
Commission Expires ……………