UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GLOBAL ENERGY AND MANAGEMENT,** :
**LLC,** a limited liability com- 
pany of Connecticut,                      :

               Plaintiff,          ·        **07** Civ. **11049 NRB**

      -vs-                          :

**XETHANOL CORPORATION, CHRISTO-**:
**PHER D'ARNAUD-TAYLOR, JEFFERY**
**LANGBERG, LAWRENCE S. BELLONE,**:
**LOUIS B. BERNSTEIN, DAVID AMES,**
**THOMAS J. ENDRES, ROBIN BUL-**  :
**LER, DAVID KREITZER** and **JOHN**
**MURPHY,**                             :

             Defendants. :
_____x

**DECLARATION OF LEE TYROL IN**
**OPPOSITION TO MOTION FOR SANCTIONS**

STATE OF CONNECTICUT)
                    S.S.
  COUNTY OF HARTFORD)

LEE TYROL declares as follows:

    1.   I am the managing member of Global Energy and

Management, LLC, the plaintiff in this action.   I submit this

declaration in opposition to defendants' motion for sanctions

for having filed a frivolous lawsuit.

    2.   I have read the third amended complaint, a copy of

which is attached to this declaration as **Exhibit A.**   The facts

pleaded in it are true to the best of my personal knowledge,

particularly those set forth in paragraphs 10.

  The statements to which paragraphs 10(d), 10(g) and 10(h)

refer were made in my presence.

3.    I attach as **Exhibit B** statements of Webster Bank which demonstrate that a total $250,000 was invested into New England Xethanol, LLC on June 20, 2006 and on June 22, 2006.  Those deposits were funded by plaintiff.

4.    Franz A. Skyranz to the best of my knowledge has no personal knowledge of the operations of New England Xethanol, LLC or of plaintiff.

5.    Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August, 2008.

Lee Tyrol

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL ENERGY AND MANAGEMENT, :
LLC, a limited liability com-
pany of Connecticut,

               Plaintiff,              07 Civ. 11049 NRB

        -vs-

XETHANOL CORPORATION, CHRISTO-:    THIRD AMENDED COMPLAINT and
PHER D'ARNAUD-TAYLOR, JEFFERY     DEMAND FOR JURY TRIAL
LANGBERG, LAWRENCE S. BELLONE,:
LOUIS B. BERNSTEIN, DAVID AMES,
and ROBIN BULLER,          :

               Defendants. :
                          x

     Global Energy and Management, LLC, a limited liability com-
pany of Connecticut ("plaintiff" or "Global Energy"), with its
principal place of business at 130 Captains Drive, Westbrook,
Connecticut, complains as follows:

### JURISDICTIONAL STATEMENT

     1.    Global Energy is a limited liability company of Connec-
ticut whose principal place of business is located in Connecti-
cut.

     2.    All members of Global Energy are citizens of Connecti-
cut.

     3.    Xethanol Corporation is a Delaware corporation whose
principal place of business is in New York.

     4.    Upon information and belief, none of the individual de-
fendants is a Connecticut citizen.

5.    The amount in controversy exceeds $75,000, exclusive of interest and costs.

6.    Upon information and belief, defendant Christopher D'Arnaud-Taylor was an officer of Xethanol at all times relevant to this action.

7.    Upon information and belief, defendant Jeffery Langberg was a director of Xethanol at certain times relevant to this action and an advisor to the board of directors at other times relevant to this action.

8.    Upon information and belief, defendant Lawrence S. Bellone was a director and the chief financial officer of Xethanol at all times relevant to this action.

9.    Upon information and belief, defendants Louis Bernstein, David Ames, Thomas J. Endres, Robert Buller, David Kreitzer and John Murphy were either directors, officers or employees of Xethanol at all times relevant to this action.

10.    As set forth in this paragraph, the individual defendants represented to Lee Tyrol and other representatives of Global orally on many telephone calls and in innumerable meetings that Xethanol could manufacture cellulosic ethanol (ethanol made from garbage and wood as opposed to ethanol made from corn or sugar) in a commercially profitable manner.  Defendants misrepresented the state of Xethanol's business operations and the state of the technology it possessed.  They stated that Xethanol owned

patents and other technology from which it could manufacture eth-
anol from bio-mass in a profitable manner.  They also stated that
they were currently producing 6,000,000 gallons of ethanol a
year.  More particularly:

a.    In a brochure published in January 2005 entitled "Xe-
thanol: Biomass to Biofuels" that Xethanol was producing
6,000,000 gallons of ethanol a year.

b.    In a press release dated August 26, 2005, Xethanol re-
ported that it had acquired the stock of Xylose Technologies,
Inc..  The release quoted Christopher d'Arnaud Taylor as saying:
"This is far more than a purchase of a milestone technology for
lowering the cost of making ethanol from biomass.  Rather, it is
the pooling of Xethanol management with a world class scientific
team headed by Dr. Jeffries that will continue to develop ways to
make xylitol and ethanol more efficiently from biomass.  This al-
liance with Dr. Jeffries and his team at the USDA Forest Products
Lab will enable Xethanol to accelerate development and deployment
of its biomass technologies."

c.    In a press release dated September 16, 2005, Xethanol
stated: "Xethanol Corporation seeks to become a leader in the
emerging biomass-to-ethanol industry.  Its mission is to convert
biomass that is currently being abandoned or land filled into
ethanol and other valuable co-products, such as xylitol.  Xetha-
nol's strategy is to deploy proprietary bio-technologies that

will extract and ferment the sugars trapped in these biomass
waste concentrations.  Xethanol's goal is to produce ethanol and
valuable co-products more cost effectively than corn-based pro-
cessors with Xethanol plants located closer to biomass sources.
In Iowa, Xethanol owns and operates two ethanol production faci-
lities, where it is deploying these technologies."

       d.    On or about February 21, 2006 at the Xethanol office in
New York, Christopher D'Arnaud Taylor and Jeffrey Langberg told
Lee Tyrol, William DiBella and Eric Bartone that Xethanol pos-
sessed the technology for the cellulosic production of ethanol on
a commercially profitable basis.  Taylor said that he could "make
a plant" producing cellulosic ethanol that would make money and
be profitable in Tyrol's front yard.  Langberg produced a Tupper-
ware container about two feet long, one foot wide and two feet
deep which supposedly contained a sugar which was the byproduct
of the cellulosic production of ethanol.  Taylor demonstrated
with markers on a whiteboard how one could put garbage into a
plant and produce ethanol.  Over the hand-drawn flow chart, Tay-
lor wrote "Garbage In, Ethanol Out."  Taylor and Langberg told
the Global representatives that Xethanol was already converting
garbage into ethanol at its Iowa plant and selling the product.
After this meeting, Tyrol and William DiBella met with Joseph J.
Grano, Jr., chairman and chief executive officer of Centurion
Holdings, LLC, an advisor to the board of directors of Xethanol.

Grano stated that "these boys seem to have finally got it right," and he confirmed that Xethanol had the technology to convert garbage into ethanol in a commercially profitable manner.

e.   In a Form 10KSB filed with the Securities and Exchange Commission on or about March 31, 2006, Xenathol described its plan of operation as follows: "Our expected revenue model is based on the sale of ethanol and a related co-product called xylitol.  Xylitol is a natural sweetener that was approved by the FDA in the 1980's for use in foods and beverages, including chewing gums, candles, toothpastes and diabetic regimens.  Xylitol is a co-product derived from biomass-to-ethanol production.  At the present time, we own two ethanol plants in Iowa - Xethanol Bio-Fuels in Blairstwon and Permeate Refining in Hopkinton.  We also own several proprietary bio-extraction, bio-separation and bio-fermentation technologies that are targeted at reducing costs throughout the entire ethanol production process as well as enabling the conversion of biomass to ethanol and xylitol."

f.   Defendants allowed Xethanol to be featured in the February 2006 issue of Fortune Small Business.  D'Arnaud-Taylor represented that Xethanol had the technology to convert garbage into ethanol, stating "Xethanol isn't just relying on candy for its fuel supply.  This year it plans to introduce a process that will make it possible to turn all kinds of things - including corn-stalks, grass clippings, and old newspapers - into ethanol. . .

Xethanol will use a recently discovered form of yeast to ferment
various types of garbage into ethanol.  It has obtained rights to
the process from the U. S. Department of Agriculture, where a
scientist discovered that yeast in the intestines of a type of
beetle can convert plant-based waste product into ethanol.  This
year d'Arnaud-Taylor intends to begin opening plants on the East
Coast that will use yeast from the beetles to brew ethanol from
sludge left over from paper milling.  The plants will be able to
make in total more than 100 million gallons a year."

    g.   On or about May 18, 2006 at a meeting at the Xethanol
office in New York attended by Christopher D'Arnaud Taylor, Jeff-
rey Langberg, Lawrence Bellone and Robin Bullers on behalf of Xe-
thanol and by Lee Tyrol, Mark DiBella and Eric Bartone on behalf
of plaintiff, Taylor drew another flow chart on a white board de-
monstrating that garbage could be placed within machinery which
would ethanol.  Langberg stated to Tyrol, DiBella and Bartone
that this technology would "make a fortune" for Global and for
Xethanol.  Bellone and Bullers participated in the conversations,
contradicted nothing said by Taylor and by Langberg and indepen-
dently confirmed their beliefs that this process of converting
garbage to ethanol was feasible and would be very profitable.

    h.   On or about June 8, 2006 at the Xethanol office in New
York, in the presence of Lee Tyrol, Erik Bartone and Mark DiBel-
la, D'Arnaud Taylor, Langberg, Bellone and Bullers again stated
that Xethanol had the technology with which to engage in the cel-

lulosic production of ethanol on a commercially profitable basis.

11.    The representations made by defendants to Tyrol and the other Global representatives were false and known by defendants to be false when they were made.

12.    Defendants made their representations in order to induce plaintiff to rely on them.

13.    Global relied on the representations of defendants to its detriment and, in reliance on their representations, invested $250,000 into New England Xethanol, a limited liability company formed by Global and by Xethanol to engage in the biomass to bio-fuels business.

Wherefore, Global demands judgment a) compelling defendants to repay Global's $250,000 investment, b) Global's lost profits from New England Xethanol in such amount as the evidence shall prove, b) consequential damages, c) pre-judgment interest, d) costs of suit and e) such other relief as the Court may hold just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues triable by jury.

ROBERT A. VORT, LLC

Dated: May 15, 2008

Robert A. Vort
Attorney for Plaintiff
2 University Plaza
Hackensack, New Jersey 07601
201-342-9501
201-342-9504 fax
rvort@vortlaw.com

# EXHIBIT B

NEWENGLANDXEZMANOL LI
WESTBROOK CT 06498

**Images Enclosed**    0 /    Detailed Account Activity
                            0C                                        June 27, 2006 through June 30, 2006

**Customer Service Information**
**Consumer Accounts** 1-800-325-2424                    Check your account transactions anytime,
**Business Accounts**  1-800-482-2220                    anywhere. Go to WebsterOnline.com
**8 AM-8 PM Mon-Fri & 9 - 12 Sat**                      and enroll today.

**Important Message**

                 SIGN UP FOR BILL PAY TODAY!
     PAY THREE BILLS WITH WEBSTERONLINE BILL PAY IN JUNE
           AND GET 1000 VISA EXTRAS POINTS

---

**Totally Free Small Business Checking**          Account Number 0010156502

**Summary**
                         Items
Beginning Balance                                0.00
  Deposits/Credits        1               250,000.00
  Withdrawals/Debits      0                     0.00
Ending Balance                            250,000.00

**Daily Balance**
Date                                Credits          Debits          Balance
Beginning Balance as of 06/27/06                                        0.00
06/27                               250,000.00        0.00          250,000.00
Ending Balance as of 06/30/06                                       250,000.00

Date     Description                              Items                  Amount

**Deposits/Credits**

Other Credits
06/27 OPENING DEPOSIT                                                250,000.00
------------------------------------------------------------------------------
  Total Deposits/Credits                            1               250,000.00
                                                    ----            ----------
                                                    1               250,000.00



## WebsterBank
We Find a Way

GLOBAL ENERGY AND MANAGEMENT LLC

**Detailed Account Activity**

June 1, 2006 through June 30, 2006

| Totally Free Small Business Checking (cont.) | Account Number 0010156492 |
|---|---|



| Date | Description | | Amount |
|---|---|---|---|
| **Other Credits** | | | |
| 06/20 | DEPOSIT | | 40,000.00 |
| 06/20 | DEPOSIT | | 43,333.00 |
| 06/20 | DEPOSIT | | 83,334.00 |
| 06/22 | DEPOSIT | | 83,333.33 |
| **Total Other Credits** | | 4 | $250,000.33 |
| **Total Deposits/Credits** | | 4 | $250,000.33 |
| | | | |
| **Other Debits** | | | |
| 06/27 | TRANSFER WITHDRAWAL | | 250,000.00 |
| 06/30 | DEPOSIT GT 1,000 FEE | | 166.00 |
| **Total Other Debits** | | 2 | $250,166.00 |
| **Total Withdrawals/Debits** | | 2 | $250,166.00 |

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| | | | | | |

Jun 17 08 12:46p     Lee                     860-399-9700                    p.2



# **Webster**Bank
We Find a Way

28402
GLOBAL ENERGY AND MANAGEMENT LLC
130 CAPTAINS DR
WESTBROOK CT 06498

**Detailed Account Activity**
June 1, 2006 through June 30, 2006

Images Enclosed    0 /    00

## Customer Service Information

Consumer Accounts 1-800-325-2424
Business Accounts 1-800-482-2220
8 AM-8 PM Mon-Fri & 9 - 12 Sat

Check your account transactions anytime,
anywhere. Go to **WebsterOnline.com**
and enroll today.

## Important Message

SIGN UP FOR BILL PAY TODAY!
PAY THREE BILLS WITH WEBSTERONLINE BILL PAY IN JUNE
AND GET 1000 VISA EXTRAS POINTS

---

## Totally Free Small Business Checking                 Account Number   0010156492

**Summary**

| | |
|---|---|
| **Beginning Balance** | **$33.15** |
| Deposits | 250,000.33 |
| Withdrawals | -250,166.00 |
| **Ending Balance** | **$-132.52** |