…
…

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLOBAL ENERGY AND MANAGEMENT, LLC,

                   Plaintiff,

    -against-                             No. 07-CV-11049 (NRB)

XETHANOL CORPORATION, CHRISTOPHER      **STIPULATION**
D'ARNAUD-TAYLOR, JEFFERY LANGBERG,     **AND ORDER**
LAWRENCE S. BELLONE, LOUIS B. BERNSTEIN,
DAVID AMES, and ROBIN BULLER,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Plaintiff's opposition to the motion of Defendant Xethanol Corporation ("Xethanol") for sanctions pursuant to Rule 11, and Xethanol's reply papers in further support of the motion, be filed and served on the following schedule:

      Plaintiff's Opposition: on or before August 21, 2008;

      Xethanol's Reply: on or before September 18, 2008.

Dated: August 18, 2008

PADUANO & WEINTRAUB LLP               ROBERT A. VORT, LLC

By: _/s/ Katherine B. Harrison_            By: _/s/ Robert A. Vort_
    Katherine B. Harrison (KH 9745)             Robert A. Vort (RV 1105)
1251 Avenue of the America, 9th Floor       2 University Plaza
New York, New York 10020                     Hackensack, New Jersey 07601
Phone (212) 785-9100                          Phone (201) 342-9501
Fax (212) 785-9099                             Fax (201) 342-9504

Attorneys for Defendant                       Attorney for Plaintiff
Xethanol Corporation                           Global Energy and Management, LLC

SO ORDERED:

_/s/_
United States District Judge
9/3/08

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9/3/08]